UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CLIFFORD M. HATLEY | ) |
| | ) |
| v. | )  NO. 2:07-CV-85 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |

# **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge dated February 15, 2008. In that R&R, the Magistrate Judge recommends that the plaintiff's Motion for Judgment on the Pleadings, [Doc. 9], be granted to the extent of remanding the case to the Commissioner, and that the Commissioner's Motion for Summary Judgment, [Doc. 12], be denied. No objection to the Magistrate Judge's R&R has been filed.

After careful consideration of the record as a whole and after careful consideration of the R&R of the United States Magistrate Judge, and for the reasons set out in that R&R, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**,

1

[Doc. 15], that plaintiff's Motion for Judgment on the Pleadings, [Doc. 9], be **GRANTED** to the extent of **REMANDING** the case to the Commissioner for further administrative consideration consistent with Magistrate Judge Inman's R&R, and that the Commissioner's Motion for Summary Judgment, [Doc. 12], be **DENIED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE