UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CLIFFORD M. HATLEY | ) | |
| | ) | |
| v. | ) | NO.2:07-CV-85 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

After careful consideration of the Supplemental Report and Recommendation of the United States Magistrate Judge, [Doc. 21], concerning plaintiff's application for attorney's fees pursuant to the Social Security Act and the Equal Access to Justice Act ("EAJA"), [Doc. 18], it is hereby **ORDERED** that the Supplemental Report and Recommendation is **ADOPTED** and **APPROVED AS MODIFIED**[1] and that the plaintiff's motion for an attorney fee under 42 U.S.C. §406(b) is **GRANTED**, [Doc. 18]. Accordingly, plaintiff's counsel, Harry J. Smith, Esq., is awarded a fee in the amount of $2,537.50, costs in the amount of $350.00, and expenses in the amount of $14.64.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

---

[1] The defendant did not object to an award of fees in this case; however, the defendant did ask the Court to "separate the costs and specify the amounts to be paid for each" rather than a combined amount for costs and expenses as recommended by the Magistrate Judge. [Doc. 22] The Court has done so.